UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALLORY & EVANS CONTRACTORS
AND ENGINEERS, LLC,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-2296-T-23TGW

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, et al.,

    Defendants.
_____/

**O R D E R**

The parties' stipulation (Doc. 79) for dismissal with prejudice is **APPROVED IN PART**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, and each party shall bear its respective costs and attorneys' fees. The defendants' motion (Doc. 76) for summary judgment is **DENIED AS MOOT**. To the extent parties request an order directing the Clerk of the Circuit Court for Alachua County to "cancel" the lien transfer bond, the stipulation (Doc. 79) is **REJECTED**.[*] The Clerk is directed to (1) enter judgment of dismissal with prejudice in

---

[*] This court lacks jurisdiction to compel an action by the clerk of a state court. However, the parties may seek relief in state court. See § 713.24(3), Fla. Stat. (2009) ("Any party having an interest in [a lien transfer bond] may at any time, and any number of times, file a complaint in chancery in the circuit court of the county where such security is deposited . . . for an order to require additional security, reduction of security, change or substitution of sureties, payment of discharge thereof, or any other matter affecting said security."); see also Morganti South, Inc. v. Hardy Contractors, Inc., 397 So. 2d 378 (Fla. 4th DCA 1981) ("[A]ny suit to recover on [a lien transfer bond] must be brought in the county where the security is deposited.").

favor of the defendants and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on April 2, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE